# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 05-26412 ERW |
|---|---|---|
| RUIZ SR, OCTAVIO | § | |
| DUARTE, ROSA | § | |
| | § | |
| Debtors | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor

    Leaving a balance on hand of          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $       as interim compensation and now requests a sum of $         , for a total compensation of $           .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $      , for total expenses of $       .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 05-26412 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | RUIZ SR, OCTAVIO | | | Date Filed (f) or Converted (c): | 07/01/05 (f) |
| | DUARTE, ROSA | | | 341(a) Meeting Date: | 08/12/05 |
| For Period Ending: | 06/24/09 | | | Claims Bar Date: | 03/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 160,000.00 | Unknown | | 20,000.00 | FA |
| Debtor co-owns property with his two brothers | | | | | |
| 2. Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods & Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| Furniture | | | | | |
| 4. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 5. Automobiles and Other Vehicles | 6,000.00 | 0.00 | | 0.00 | FA |
| 1999 Jeep Cherokee | | | | | |
| 6. Other Personal Property | 2,000.00 | 0.00 | | 0.00 | FA |
| Miscellaneous personal property located at residence | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.09 | Unknown |

TOTALS (Excluding Unknown Values)     $169,850.00     $0.00     $20,017.09     $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is 1/3 owner of real estate with brothers; negotiated with Debtor's attorney regarding redemption of interest; Negotiated an initial agreement to sell estate's interest to Debtor for $15,000, payable in 60 days. Debtor stalled. Trustee made several calls to followup. As of January, 2007, Trustee has determined he will have to file suit to resolve. Reached agreement to settle which was approved by BK Court. Closing of transactoin delayed awaiting refinancing of property; Trustee recovered proceeds; retained tax accountant to prepare Estate tax returns; procured withdrawal of secured claim; filed tax returns

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 06/01/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-26412 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | RUIZ SR, OCTAVIO | | Bank Name: | Bank of America, N.A. |
| | DUARTE, ROSA | | Account Number / CD #: | *******5986 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9134 | | | |
| For Period Ending: | 06/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/13/08 | 1 | CITYWIDE TITLE CORPORATION<br>850 W. Jackson Blvd<br>Chicago, Il 60607 | SALE PROCEEDS: REAL PROP<br>Sale of estate's 1/3 interest in 1613 S. 51st Court, Cicero, IL to co-owner, subject to existing mortgage, pursuant to court order dated June 5, 2008 | 1110-000 | 20,000.00 | | 20,000.00 |
| 05/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.06 | | 20,001.06 |
| 06/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.46 | | 20,003.52 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.54 | | 20,006.06 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.54 | | 20,008.60 |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.46 | | 20,011.06 |
| 10/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.94 | | 20,013.00 |
| 11/28/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.63 | | 20,014.63 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.02 | | 20,015.65 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,015.81 |
| 02/17/09 | | Transfer to Acct #*******6082 | Bank Funds Transfer | 9999-000 | | 18.04 | 19,997.77 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,997.92 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 19,998.10 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 19,998.54 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,999.05 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 05-26412 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | RUIZ SR, OCTAVIO | Bank Name: | Bank of America, N.A. |
| | DUARTE, ROSA | Account Number / CD #: | *******5986 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9134 | | |
| For Period Ending: | 06/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******5986 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 20,000.00 | 0 | Checks | 0.00 |
| | 13 | Interest Postings | 17.09 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 18.04 |
| | | Subtotal | $ 20,017.09 | | | |
| | | | | | Total | $ 18.04 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 20,017.09 | | | |

LFORM2T4 UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

Ver: 14.31a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-26412 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | RUIZ SR, OCTAVIO | Bank Name: | Bank of America, N.A. |
| | DUARTE, ROSA | Account Number / CD #: | *******6082 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9134 | | |
| For Period Ending: | 06/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/09 | | Transfer from Acct #*******5986 | Bank Funds Transfer | 9999-000 | 18.04 | | 18.04 |
| 02/17/09 | 001001 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 18.04 | 0.00 |
| | | 701 Poydras Street #420 | Bond No. 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |

```
                   Account *******6082         Balance Forward          0.00
                                       0       Deposits                0.00      1    Checks              18.04
                                       0       Interest Postings       0.00      0    Adjustments Out      0.00
                                                                                  0    Transfers Out        0.00
                                               Subtotal         $       0.00
                                                                                       Total       $      18.04
                                       0       Adjustments In          0.00
                                       1       Transfers In           18.04

                                               Total           $      18.04


                   Report Totals              Balance Forward          0.00
                                       1       Deposits          20,000.00       1    Checks              18.04
                                      13       Interest Postings      17.09      0    Adjustments Out      0.00
                                                                                  1    Transfers Out       18.04
                                               Subtotal       $   20,017.09
                                                                                       Total       $      36.08
                                       0       Adjustments In          0.00
                                       1       Transfers In          18.04

                                               Total         $    20,035.13          Net Total Balance  $ 19,999.05
```

LFORM2T4 UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

Ver: 14.31a

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-26412 | | Page 1 | | Date: July 22, 2009 |
| Debtor Name: | RUIZ SR, OCTAVIO | | Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001 3310-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative<br>Trustee's Accountant | $903.00 | $0.00 | $903.00 |
| 001 2200-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | $26.50 | $0.00 | $26.50 |
| | Subtotal for Priority 001 | | $929.50 | $0.00 | $929.50 |
| 002 6110-00 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative<br>Trustee's Attorneys | $5,058.00 | $0.00 | $5,058.00 |
| | Subtotal for Priority 002 | | $5,058.00 | $0.00 | $5,058.00 |
| 000002 050 4110-00 | Washington Mutual Bank<br>3990 S Babcock Street<br>Mail Stop /MB0102FL<br>Melbourne, FL 32901 | Secured<br>WITHDRAWN 4/22/09<br>Satisfaction and release of lien filed 6/10/08 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 050 | | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | Target Natl Bank (f.k.a. Retailers Natl TARGET VISA<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsecured | $712.33 | $0.00 | $712.33 |
| 000003 070 7100-00 | Citibank USA NA<br>POB 182149<br>Columbus, OH 43218 | Unsecured | $3,502.87 | $0.00 | $3,502.87 |
| 000004 070 7100-00 | Recovery Mgmt Syst for GE Money dba SAM"S CLUB<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Unsecured | $829.36 | $0.00 | $829.36 |
| 000005 070 7100-00 | Recovery Mgmt Syst for GE Money dba THE GAP<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Unsecured | $84.05 | $0.00 | $84.05 |
| | Subtotal for Priority 070 | | $5,128.61 | $0.00 | $5,128.61 |
| 999 8200-00 | OCTAVIO RUIZ SR<br>1613 S 51TH CT # 1<br>CICERO, IL 60804-1936 | Unsecured<br>Surplus Funds | $5,989.23 | $0.00 | $5,989.23 |
| | Subtotal for Priority 999 | | $5,989.23 | $0.00 | $5,989.23 |
| | Case Totals: | | $17,105.34 | $0.00 | $17,105.34 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-26412 ERW
Case Name: RUIZ SR, OCTAVIO
DUARTE, ROSA
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $_____ | $_____ |
| *Attorney for trustee: Joseph A. Baldi & Associates, P.C.* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: Popowcer Katten, Ltd* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Target Natl Bank (f.k.a. Retailers Natl* | $ | $ |
| *000003* | *Citibank USA NA* | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004* | *Recovery Mgmt Syst for GE Money* | $ | $ |
| *000005* | *Recovery Mgmt Syst for GE Money* | $ | $ |

Late filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.