# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-26412 ERW |
| RUIZ SR, OCTAVIO | § | |
| DUARTE, ROSA | § | |
|     Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ |
| *and approved disbursements of* | $ |
| *leaving a balance of* | $ |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $_____ | $_____ |
| *Attorney for trustee: Joseph A. Baldi & Associates, P.C.* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: Popowcer Katten, Ltd* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |

|            *Reason/Applicant*            |    *Fees*    |  *Expenses*  |
| ---------------------------------------- | ------------ | ------------ |
| *Charges:*_____| $_____ | $_____ |
| *Fees:*_____| $_____ | $_____ |
| *Other:*_____| $_____ | $_____ |
| *Other:*_____| $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|            *Reason/Applicant*            |    *Fees*    |  *Expenses*  |
| ---------------------------------------- | ------------ | ------------ |
| *Attorney for debtor:*_____| $_____ | $_____ |
| *Attorney for:*_____| $_____ | $_____ |
| *Accountant for:*_____| $_____ | $_____ |
| *Appraiser for:*_____| $_____ | $_____ |
| *Other:*_____| $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| -------------- | ---------- | ----------------------- | ------------------ |
| _____  | _____ | $_____ | $_____ |
| _____  | _____ | $_____ | $_____ |
| _____  | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target Natl Bank (f.k.a. Retailers Natl | $ | $ |
| 000003 | Citibank USA NA | $ | $ |
| 000004 | Recovery Mgmt Syst for GE Money | $ | $ |
| 000005 | Recovery Mgmt Syst for GE Money | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at            on            in Courtroom      ,
          United States Courthouse

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                Trustee


*Joseph A. Baldi, Trustee*
*Suite 1500, 19 South LaSalle Street, Chicago, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.