UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §  Case No. 05-26412 ERW
RUIZ SR, OCTAVIO  §
DUARTE, ROSA  §
     Debtors  §
  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 20,018.10 |
| *and approved disbursements of* | $ | 18.04 |
| *leaving a balance of* | $ | 20,000.06 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 2,152.79 | $ 26.50 |
| Attorney for trustee: Joseph A. Baldi & Associates, P.C. | $ 5,058.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd | $ 903.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|           | *Reason/Applicant* | *Fees* | *Expenses* |
|-----------|--------------------|--------|------------|
| *Charges:* |                   | $      | $          |
| *Fees:*    |                   | $      | $          |
| *Other:*   |                   | $      | $          |
| *Other:*   |                   | $      | $          |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                        | *Reason/Applicant* | *Fees* | *Expenses* |
|------------------------|--------------------|--------|------------|
| *Attorney for debtor:* |                    | $      | $          |
| *Attorney for:*        |                    | $      | $          |
| *Accountant for:*      |                    | $      | $          |
| *Appraiser for:*       |                    | $      | $          |
| *Other:*               |                    | $      | $          |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|----------------|------------|-------------------------|--------------------|
|                |            | $                       | $                  |
|                |            | $                       | $                  |
|                |            | $                       | $                  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,128.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 106.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target Natl Bank (f.k.a. Retailers Natl | $ 712.33 | $ 759.87 |
| 000003 | Citibank USA NA | $ 3,502.87 | $ 3,736.63 |
| 000004 | Recovery Mgmt Syst for GE Money | $ 829.36 | $ 884.71 |
| 000005 | Recovery Mgmt Syst for GE Money | $ 84.05 | $ 89.66 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,989.23 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  10:00 AM  on  09/15/2009  in Courtroom  744 ,

United States Courthouse

219 S. Dearborn St.,

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/13/2009             By:/s/Joseph A. Baldi, Trustee
                                              Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500, 19 South LaSalle Street, Chicago, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams             Page 1 of 1                  Date Rcvd: Aug 14, 2009
Case: 05-26412                Form ID: pdf006             Total Noticed: 20
```

The following entities were noticed by first class mail on Aug 16, 2009.
```
db/jdb         +Octavio Ruiz, Sr,   Rosa Duarte,   1613 S 51th CT # 1,   Cicero, IL 60804-1936
aty            +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
aty            +John M Vick,   18th Street Legal Service,   4204 W North Avenue,   Chicago, IL 60639-4829
aty            +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
tr             +Joseph A Baldi, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
9545181        +Chase,   P. O. Box 15651,   Wilmington, DE 19850-5651
10590824       +Citibank USA NA,   POB 182149,   Columbus, OH 43218-2149
9545182        +Dr. Hugh Marchmont-Robinson, DDS,   3302 South Grove Avenue,   Berwyn, IL 60402-3421
9545183        +Family Services & Mental Health C,   5341 West Cermak Road,   Cicero, IL 60804-2817
9545185        +Procesing Center,   Des Moines, IA 50364-0001
9545186        +Sears Gold Master Card,   PO Box 182156,   Columbus, OH 43218-2156
9545188        +TFC National Bank,   500 W. Joliet Rd.,   Willowbrook, IL 60527-5618
10544104       +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
                 2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9545187         Target National bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
9545189        +Washington Mutual,   P.O. Box 23391,   Oaklanda, CA 94623-0391
10558540       +Washington Mutual Bank,   3990 S Babcock Street,   Mail Stop /MB0102FL,
                 Melbourne, FL 32901-8212
```

The following entities were noticed by electronic transmission on Aug 15, 2009.
```
12394763       +E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2009 02:59:54     Capital Recovery One,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12390289        E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2009 02:59:26
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
10632912       +E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2009 02:59:48
                 Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10632913       +E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2009 02:59:47
                 Recovery Management Systems Corporation,   For GE Money Bank,   dba THE GAP,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9545184         Home Depot
9545190*       +Washington Mutual,   P.O. Box 23391,   Oaklanda, CA 94623-0391
                                                                                              TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**          **Signature:**  *Joseph Speetjens*