UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | Hon. Eugene R. Wedoff |
| | § | |
| RUIZ SR, OCTAVIO | § | Case No. 05-26412 |
| DUARTE, ROSA | § | |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OCTAVIO RUIZ SR |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual<br>P.O. Box 23391<br>Oaklanda, CA |  |  |  |  |  |
| WASHINGTON MUTUAL BANK |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase<br>P. O. Box 15651<br>Wilmington, DE | | | | | |
| Dr. Hugh MarchmontRobinson, DDS<br>3302 South Grove Avenue<br>Berwyn, IL 60402 | | | | | |
| Family Services & Mental Health C<br>5341 West Cermak Road<br>Cicero, IL 60804 | | | | | |
| Home Depot<br>Procesing Center<br>Des Moines, IA 50364 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TFC National Bank 500 W. Joliet Rd. Willowbrook, IL 60527 | | | | | |
| Washington Mutual P.O. Box 23391 Oaklanda, CA | | | | | |
| CITIBANK USA NA | | | | | |
| RECOVERY MGMT SYST FOR GE MONEY | | | | | |
| RECOVERY MGMT SYST FOR GE MONEY | | | | | |
| TARGET NATL BANK (F.K.A. RETAILERS | | | | | |
| CITIBANK USA NA | | | | | |
| RECOVERY MGMT SYST FOR GE MONEY | | | | | |
| RECOVERY MGMT SYST FOR GE MONEY | | | | | |
| RUIZ SR, OCTAVIO | | | | | |
| TARGET NATL BANK (F.K.A. RETAILERS | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-26412 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | RUIZ SR, OCTAVIO | | | Date Filed (f) or Converted (c): | 07/01/05 (f) |
| | DUARTE, ROSA | | | 341(a) Meeting Date: | 08/12/05 |
| For Period Ending: | 10/12/09 | | | Claims Bar Date: | 03/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 160,000.00 | Unknown | | 20,000.00 | FA |
| Debtor co-owns property with his two brothers | | | | | |
| 2. Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods & Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| Furniture | | | | | |
| 4. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 5. Automobiles and Other Vehicles | 6,000.00 | 0.00 | | 0.00 | FA |
| 1999 Jeep Cherokee | | | | | |
| 6. Other Personal Property | 2,000.00 | 0.00 | | 0.00 | FA |
| Miscellaneous personal property located at residence | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 18.87 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $169,850.00 | $0.00 | | $20,018.87 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is 1/3 owner of real estate with brothers; negotiated with Debtor's attorney regarding redemption of interest; Negotiated an initial agreement to sell estate's interest to Debtor for $15,000, payable in 60 days. Debtor stalled. Trustee made several calls to followup. As of January, 2007, Trustee has determined he will have to file suit to resolve. Reached agreement to settle which was approved by BK Court. Closing of transactoin delayed awaiting refinancing of property; Trustee recovered proceeds; retained tax accountant to prepare Estate tax returns; procured withdrawal of secured claim; filed tax returns. TFR filed. Final hearing held 9/15/09. Final distribution made.

Initial Projected Date of Final Report (TFR): 12/31/07          Current Projected Date of Final Report (TFR): 06/01/09

LFORM1                                                                                                                                          Ver: 15.01
**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-26412 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | RUIZ SR, OCTAVIO | Bank Name: | Bank of America, N.A. |
| | DUARTE, ROSA | Account Number / CD #: | *******5986 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9134 | | |
| For Period Ending: | 10/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/13/08 | 1 | CITYWIDE TITLE CORPORATION 850 W. Jackson Blvd Chicago, Il 60607 | SALE PROCEEDS: REAL PROP Sale of estate's 1/3 interest in 1613 S. 51st Court, Cicero, IL to co-owner, subject to existing mortgage, pursuant to court order dated June 5, 2008 | 1110-000 | 20,000.00 | | 20,000.00 |
| 05/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.06 | | 20,001.06 |
| 06/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.46 | | 20,003.52 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.54 | | 20,006.06 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.54 | | 20,008.60 |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.46 | | 20,011.06 |
| 10/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.94 | | 20,013.00 |
| 11/28/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.63 | | 20,014.63 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.02 | | 20,015.65 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,015.81 |
| 02/17/09 | | Transfer to Acct #*******6082 | Bank Funds Transfer | 9999-000 | | 18.04 | 19,997.77 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,997.92 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 19,998.10 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 19,998.54 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 19,999.05 |
| 06/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 19,999.55 |
| 07/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,000.06 |
| 08/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,000.57 |
| 09/17/09 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 20,000.83 |
| 09/17/09 | | Transfer to Acct #*******6082 | Final Posting Transfer Transfer funds for TR final distribution. ecbSeptember 17, 2009, 10:58 am | 9999-000 | | 20,000.83 | 0.00 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-26412 -ERW |
| Case Name: | RUIZ SR, OCTAVIO |
| | DUARTE, ROSA |
| Taxpayer ID No: | *******9134 |
| For Period Ending: | 10/12/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5986  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******5986

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 20,000.00 | 0 | Checks | 0.00 |
| 17 | Interest Postings | 18.87 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 20,018.87 |
| | Subtotal | $ 20,018.87 | | | |
| | | | | Total | $ 20,018.87 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 20,018.87 | | | |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

Ver: 15.01

FORM 2 | Page: 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD | Exhibit 9

| Case No: | 05-26412 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | RUIZ SR, OCTAVIO | Bank Name: | Bank of America, N.A. |
| | DUARTE, ROSA | Account Number / CD #: | *******6082 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9134 | | |
| For Period Ending: | 10/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/09 | | Transfer from Acct #*******5986 | Bank Funds Transfer | 9999-000 | 18.04 | | 18.04 |
| 02/17/09 | 001001 | International Sureties, Ltd. | 2009 Bond Premium Payment | 2300-000 | | 18.04 | 0.00 |
| | | 701 Poydras Street #420 | Bond No. 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 09/17/09 | | Transfer from Acct #*******5986 | Transfer In From MMA Account | 9999-000 | 20,000.83 | | 20,000.83 |
| | | | Transfer funds for TR final distribution. | | | | |
| | | | ecbSeptember 17, 2009, 10:58 am | | | | |
| 09/17/09 | 001002 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 2,152.79 | 17,848.04 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 09/17/09 | 001003 | JOSEPH A. BALDI , as Trustee | Trustee Expenses | 2200-000 | | 26.50 | 17,821.54 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 09/17/09 | 001004 | Popowcer Katten, Ltd | Accountant for Trustee Fees (Truste | 3310-000 | | 903.00 | 16,918.54 |
| | | 35 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, Il 60601-2207 | | | | | |
| 09/17/09 | 001005 | Joseph A. Baldi & Associates, P.C. | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,058.00 | 11,860.54 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| 09/17/09 | 001006 | Target Natl Bank (f.k.a. Retailers Natl | Claim 000001, Payment 106.68% | | | 759.92 | 11,100.62 |
| | | TARGET VISA | | | | | |
| | | c/o Weinstein & Riley, P.S. | | | | | |
| | | 2101 Fourth Ave., Suite 900 | | | | | |
| | | Seattle, WA, 98121 | | | | | |
| | | | Claim      712.33 | 7100-000 | | | 11,100.62 |
| | | | Interest    47.59 | 7990-000 | | | 11,100.62 |
| 09/17/09 | 001007 | Citibank USA NA | Claim 000003, Payment 106.68% | | | 3,736.87 | 7,363.75 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) (Page: 11)  Ver: 15.01

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-26412 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | RUIZ SR, OCTAVIO | | Bank Name: | Bank of America, N.A. |
| | DUARTE, ROSA | | Account Number / CD #: | *******6082 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9134 | | | |
| For Period Ending: | 10/12/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 182149 | | | | | |
| | | Columbus, OH 43218 | | | | | |
| | | | Claim          3,502.87 | 7100-000 | | | 7,363.75 |
| | | | Interest          234.00 | 7990-000 | | | 7,363.75 |
| 09/17/09 | 001008 | Recovery Mgmt Syst for GE Money | Claim 000004, Payment 106.68% | | | 884.77 | 6,478.98 |
| | | dba SAM"S CLUB | | | | | |
| | | 25 S.E. 2nd Avenue, Suite 1120 | | | | | |
| | | Miami, Fl 33131 | | | | | |
| | | | Claim           829.36 | 7100-000 | | | 6,478.98 |
| | | | Interest           55.41 | 7990-000 | | | 6,478.98 |
| 09/17/09 | 001009 | Recovery Mgmt Syst for GE Money | Claim 000005, Payment 106.67% | | | 89.66 | 6,389.32 |
| | | dba THE GAP | | | | | |
| | | 25 S.E. 2nd Avenue, Suite 1120 | | | | | |
| | | Miami, Fl 33131 | | | | | |
| | | | Claim            84.05 | 7100-000 | | | 6,389.32 |
| | | | Interest            5.61 | 7990-000 | | | 6,389.32 |
| * 09/17/09 | 001010 | OCTAVIO RUIZ SR | Surplus Funds | | | 6,389.32 | 0.00 |
| | | 1613 S 51TH CT # 1 | | | | | |
| | | CICERO, IL 60804-1936 | | | | | |
| | | | Claim         5,989.23 | 8200-003 | | | 0.00 |
| | | | Interest          400.09 | 7990-003 | | | 0.00 |
| * 09/17/09 | 001010 | OCTAVIO RUIZ SR | Surplus Funds | | | -6,389.32 | 6,389.32 |
| | | 1613 S 51TH CT # 1 | Cancelled check prior to distribution to add joint | | | | |
| | | CICERO, IL 60804-1936 | debtor as payee. | | | | |
| | | | Claim    (    5,989.23 ) | 8200-003 | | | 6,389.32 |
| | | | Interest   (     400.09) | 7990-003 | | | 6,389.32 |
| 09/17/09 | 001011 | OCTAVIO RUIZ SR | Surplus Funds | | | 6,389.32 | 0.00 |
| | | ROSA DUARTE | | | | | |
| | | 1613 S 51TH CT # 1 | | | | | |
| | | CICERO, IL 60804-1936 | | | | | |
| | | | Claim         5,989.23 | 8200-002 | | | 0.00 |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) *(Page: 12)*                                                                                                                                          Ver: 15.01

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26412 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | RUIZ SR, OCTAVIO | Bank Name: | Bank of America, N.A. |
| | DUARTE, ROSA | Account Number / CD #: | *******6082  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9134 | | |
| For Period Ending: | 10/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest    400.09 | 7990-000 | | | 0.00 |

```
Account  *******6082         Balance Forward          0.00
                       0     Deposits                 0.00      12   Checks              20,018.87
                       0     Interest Postings        0.00       0   Adjustments Out         0.00
                                                                  0   Transfers Out           0.00
                             Subtotal          $      0.00
                                                                     Total         $    20,018.87
                       0     Adjustments In           0.00
                       2     Transfers In        20,018.87

                             Total             $ 20,018.87
```

```
Report Totals                Balance Forward          0.00
                       1     Deposits            20,000.00       26  Checks              20,018.87
                      17     Interest Postings       18.87        0  Adjustments Out         0.00
                                                                  2  Transfers Out       20,018.87
                             Subtotal          $ 20,018.87
                                                                     Total         $    40,037.74
                       0     Adjustments In           0.00
                       2     Transfers In        20,018.87

                             Total             $ 40,037.74          Net Total Balance  $      0.00
```